IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BILL VAL VASQUEZ,

    Plaintiff,

vs.                                     No. CV 16-00821 KG/LF

AYUDANDO GUARDIANS INC., and
DEPARTMENT OF VETERANS AFFAIRS
REGIONAL OFFICE,

    Defendants.

## JUDGMENT

THIS MATTER came before the Court under 28 U.S.C. § 1915(e)(2)(B), on the Amended Prisoner Civil Rights Complaint filed December 16, 2016, by Plaintiff Bill Val Vasquez (Doc. 14), and the Court having entered its Memorandum Opinion and Order dismissing all claims for failure to state a claim on which relief can be granted,

IT IS ORDERED that JUDGMENT is entered and the Amended Prisoner Civil Rights Complaint filed December 16, 2016, by Plaintiff Bill Val Vasquez (Doc. 14) and all claims and causes of action are DISMISSED for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B), without prejudice to filing of a Department of Veterans Affairs administrative claim by Vasquez.

_____
UNITED STATES DISTRICT JUDGE