# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

BILL VAL VASQUEZ,

      Plaintiff,

vs.                                                                               No. CV 16-00821 KG/LF

AYUDANDO GUARDIANS INC., and
DEPARTMENT OF VETERANS AFFAIRS
REGIONAL OFFICE,

      Defendants.

## **ORDER**

      **THIS MATTER** is before the Court on the letter filed by Plaintiff Bill Val Vasquez on February 28, 2018. (Doc. 31). The Court entered a Memorandum Opinion and Order and a Judgment dismissing Plaintiff's Amended Prisoner Civil Rights Complaint on February 15, 2018. (Doc. 29, 30). Plaintiff's February 28, 2018, letter is directed to the "State of New Mexico Court of Appeals" and recites "I am having problems with the lower Court's here in New Mexico . . . I have enclosed (8) different reason's why immunity even absolute immunity can not insulate any 'person's' from criminal prosecution or professional discipline." (Doc. 31) at 1. Plaintiff attaches a copy of the Court's February 15, 2018, Judgment to the letter. (Doc. 31) at 3.

      Although Plaintiff appears to be confused as to the differences between the New Mexico state court system and the federal courts, the letter is directed to a "court of appeals," and appears to seek appellate review of this Court's ruling. The letter was also filed within the time to appeal from the Court's February 15, 2018, Judgment. *See* Fed. R. App. 4(a)(1). Therefore, the Court will construe the February 28, 2018, letter (Doc. 31) as a notice of appeal.

**IT IS ORDERED** that the letter filed by Plaintiff Bill Val Vasquez on February 28, 2018, (Doc. 31) is construed as a notice of appeal and the Clerk is **DIRECTED** to transmit this matter to the United States Court of Appeals for the Tenth Circuit.

_____
UNITED STATES DISTRICT JUDGE